# Third District Court of Appeal

## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0213
Lower Tribunal No. 22-2518 SP
_____

**David Harrell,**
Appellant,

vs.

**Lazara Soto Martinez, et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Jacqueline Woodward, Judge.

David Harrell, in proper person.

Cole Scott & Kissane, P.A., and Michael A. Rosenberg and Nicholas Bastidas (Plantation), for appellee United Automobile Insurance Company.

Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.